UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MANDELL C. CROXTON

CRIMINAL ACTION

NO. 08-172-JJB

## RULING AND ORDER

Defendant has filed a motion (doc. 37) to correct or reduce his sentence premised on his contention that he received an illegal term of supervised release. More specifically, defendant contends that his sentence includes a three year term of supervised release when maximum term for a violation of 18 USC §875(c) is two years.

The motion (doc. 37) is hereby DENIED. Under Fed. R. Crim. P. 35, a motion to correct sentence must be made within seven days of sentencing. Defendant failed to file his motion timely. Additionally, defendant is clearly mistaken as the law and there is no error to correct.

Baton Rouge, Louisiana, February 4, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA