UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MANDELL CROTON

CRIMINAL ACTION

NO. 08-172-JJB

**RULING AND ORDER**

This matter is before the court on two motions filed by defendant: (1) Motion for Credit for Time Served; and (2) Motion to Correct and Illegal Sentence.

The motion to correct illegal sentence (doc. 41) is hereby DENIED. Defendant's term of imprisonment of 36 months does not exceed the five year statutory maximum. The three year term of supervised release is also within statutory limits. Defendant apparently contends that the terms of imprisonment and supervised release should be combined to determine that his sentence exceeds the statutory maximum of five years. This contention is wrong as a matter of law, 18 U.S.C. §875, §3583(b)(2). The sentence is not illegal.

The motion for credit for time served, however will be GRANTED to the extent that the court hereby recommends that the Bureau of Prisoners credit defendant with time served for the following reasons. The court has determined based upon the report of the probation officer that defendant's offense conduct began on June 26, 2007 and the offense conduct concluded October 20, 2008. The court has determined that paragraphs five and six of the presentence report set forth relevant

1

conduct and that defendant was ordered detained in federal custody from July 12, 2007, through January 22, 2008, for the aforementioned relevant conduct.

Accordingly, Croxton's motion (doc. 41) to correct illegal sentence is hereby DENIED and Croxton's motion (doc. 40) for credit for time served is GRANTED as provided herein.

Baton Rouge, Louisiana, September 13, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA